**Gwendolyn MINES, Plaintiff–Appellant,**

**v.**

**Kristin HOFFMAN; et al., Defendants–Appellees.**

No. 08–15410.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 23, 2009.[*]

Filed March 9, 2009.

Gwendolyn Mines, Phoenix, AZ, pro se.

Before: KOZINSKI, Chief Judge, HAWKINS and GOULD, Circuit Judges.

MEMORANDUM [**]

Appellant's December 29, 2008 filing is construed as a motion to reinstate the appeal. So construed, the motion is granted and the appeal is reinstated.

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's order denying appellant's motions for reconsideration. *See United States v. Hooton*, 693 F.2d 857 (9th Cir.1982) (per curiam) (sum-

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

mary affirmance appropriate where result is clear from face of record).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.